IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAYSON MERCADO, on behalf of himself and all others similarly situated,<br><br> Plaintiffs,<br><br>v.<br><br>BALDOR SPECIALTY FOODS, INC.,<br><br> Defendant. | §§§§§§§§§§§§<br><br>Civil No. 1:23-cv-03537-ER |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jayson Mercado, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Baldor Specialty Foods, Inc. without prejudice, with each party to bear their own costs and fees.

Dated: May 11, 2023

Respectfully submitted,

/s/ Vicki J. Maniatis
Vicky J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Phone: (212) 594-5300
vmaniatis@milberg.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ Vicki J. Maniatis
Vicki J. Maniatis